IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM HOUSTON,** | CIV S-06-1980 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO,** | |
| Respondent. | |

Good cause appearing, it is ordered that Respondent's October 5, 2006 request for enlargement of time is granted and the time for filing Respondent's response is extended to and including November 13, 2006.

DATED: October 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hous1980.extresp