IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HOUSTON,

    Petitioner,                   No. CIV S-06-1980 FCD DAD P

    vs.

D.K. SISTO,

    Respondent.                ORDER

_____/

        By order filed September 12, 2006, respondent was directed to file a response to petitioner's habeas petition. By separate order, respondent has now been granted an extension of time to respond. Before the court is petitioner's motion to correct an error in his petition.

        Petitioner states that the error is on page 10 of his petition. Petitioner does not describe or explain the error but offers a proposed replacement page bearing the number 10. The proposed replacement page does not match the tenth page of the petition filed on September 5, 2006. Petitioner is advised that his 60-page petition has been electronically numbered beginning with page 1 and continuing through page 60. Petitioner's motion to correct an error will be denied without prejudice to the filing of a motion in which petitioner identifies the defective page he wishes to amend by its consecutive page number. The new motion must identify the exact words or lines that are erroneous and must set forth the proposed correction of the error. If the

1

1  motion is granted, petitioner will be required to file a complete amended petition that is identical
2  to the original petition but for any correction authorized by the court.  Petitioner shall not to
3  submit an amended petition unless and until the court orders him to do so.
4      IT IS ORDERED that:
5      1.  Petitioner's October 4, 2006 motion to correct an error is denied without
6  prejudice; and
7      2.  Any renewed motion to correct an error shall be filed and served by petitioner
8  within fifteen days after this order is served.
9  DATED: October 10, 2006.

                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:13
hous1980.error