IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HOUSTON,

    Petitioner,               No. CIV S-06-1980 FCD DAD P

    vs.

D.K. SISTO,

    Respondent.           <u>ORDER</u>

_____/

        Petitioner has requested a thirty-day extension of time to file a reply to the answer filed by respondent on October 26, 2006. Good cause appearing, the request will be granted.

        Also before the court is petitioner's renewed request to correct errors in his petition. Petitioner's first request was denied without prejudice because the court was unable to determine what page of the petition petitioner sought to replace and why. Petitioner now seeks to make numerous minor changes in the form of his petition and to correct a single garbled sentence. The only correction proposed by petitioner, i.e., the garbled sentence, is not substantive. The other changes will serve only to burden the court and respondent, who has filed an answer to the petition filed on September 5, 2006. Petitioner's request for leave to file an amended petition incorporating his proposed changes will be denied.

/////

1

1  IT IS HEREBY ORDERED that:

2  1. Petitioner's October 17, 2006 request to correct errors is denied;

3  2. Petitioner's November 15, 2006 request for enlargement of time is granted;

4  and

5  3. Petitioner's reply to respondent's answer shall be filed and served on or before

6  December 26, 2006.

7  DATED: November 22, 2006.

```
                                    /s/ Dale A. Drozd
                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
```

DAD:13:mp
hous1980.111

2