1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM HOUSTON

11            Petitioner,              No. CIV S-S-06-1980 FCD CHS P

12        vs.

13   D.K. SISTO,

14            Respondent.              ORDER

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed a timely notice of appeal of

17   this court's December 5, 2008 order denying his application for writ of habeas corpus.  Before

18   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

19   Fed. R. App. P. 22(b).

20            A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant

21   has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

22   The certificate of appealability must "indicate which specific issue or issues satisfy" the

23   requirement.  28 U.S.C. § 2253(c)(3).

24            A certificate of appealability should be granted for any issue that petitioner can

25   demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

26   court, or is "'adequate to deserve encouragement to proceed further.'"  *Jennings v. Woodford*,

1

1    290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]

2          Petitioner has made a substantial showing in his petition that he was denied his

3    Sixth Amendment right to represent himself at trial.

4          Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

5    issued in the present action.

6    DATED: December 17, 2008.

8    FRANK C. DAMRELL, JR.

9    UNITED STATES DISTRICT JUDGE

---

25    [1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to

26    issuance of a certificate of probable cause. *Jennings*, at 1010.